

# IN THE
# TENTH COURT OF APPEALS

### No. 10-21-00199-CV

**CHARLES RAY GIBSON, JR.,**

                                                  **Appellant**

 **v.**

**BRYAN COLLIER,**
**EXECUTIVE DIRECTOR**
**OF THE TEXAS DEPARTMENT**
**OF CRIMINAL JUSTICE**
**INSTITUTIONAL DIVISION,**

                                                  **Appellee**

---

**From the 12th District Court**
**Walker County, Texas**
**Trial Court No. 2029588**

---

## MEMORANDUM OPINION

---

Charles Ray Gibson, Jr., a prison inmate, appeals an order rendered against him by the trial court. By order issued on September 20, 2021, this Court required Gibson to serve a copy of Gibson's letter dated September 9, 2021, in compliance with Rule 9.5 of the Texas Rules of Civil Procedure and provide proper proof of service to this Court within 21 days from the date of the order. The Court warned Gibson in the same order

that his failure to provide proper proof of service of any document required by the order would result in the dismissal of the appeal. *See* TEX. R. APP. P. 42.3(b), (c).

More than 21 days have passed, and Gibson has not provided this Court with proper proof of service of his September 9, 2021, letter.

Accordingly, this appeal is dismissed.

PER CURIAM

Before Chief Justice Gray,
      Justice Johnson, and
      Justice Smith
Appeal dismissed
Opinion delivered and filed October 27, 2021
[CV06]

